(119 So. 920)

**L. C. DUNCAN v. D. L. SHACKELFORD.**
**(5 Div. 700.)**

Court of Appeals of Alabama. Dec. 11, 1928.

SAMFORD, J. Affirmed on motion.

(123 So. 924)

**Bill DUNLAP v. STATE. (7 Div. 594.)**

Court of Appeals of Alabama. Aug. 2, 1929.

PER CURIAM. Appeal dismissed on motion of appellant.

(127 So. 918)

**Bill DUNN et al. v. Virginia BROCK.**
**4 Div. 659.**

Court of Appeals of Alabama.
March 27, 1930.

PER CURIAM.
Appeal dismissed for want of prosecution.

(121 So. 921)

**Burt DURDEN v. STATE. (5 Div. 761.)**

Court of Appeals of Alabama. April 16, 1929.

RICE, J. Appeal dismissed.

(124 So. 920)

**Peter DURETTE v. STATE. (I Div. 842.)**

Court of Appeals of Alabama. Nov. 19, 1929.

RICE, J. Affirmed.

(128 So. 915)

**Frank DUSKIN v. STATE.**
**8 Div. 956.**

Court of Appeals of Alabama.
May 27, 1930.

BRICKEN, P. J.
Appeal dismissed.

(128 So. 915)

**Kate EASON v. CITY OF HUNTSVILLE.**
**8 Div. 953.**

Court of Appeals of Alabama.
May 22, 1930.

PER CURIAM.
Appeal dismissed for want of prosecution.

(125 So. 920)

**Tom EASON v. STATE. (3 Div. 657.)**

Court of Appeals of Alabama. Jan. 14, 1930.

SAMFORD, J. Affirmed.